IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-cv-00206-FL

| MARISA REVAK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| SHERIFF HANS J. MILLER, in his official and individual capacity, and ONSLOW COUNTY SHERIFF'S OFFICE, North Carolina public entity, and, THE OHIO CASUALTY INSURANCE COMPANY, | ) ) ) ) ) ) | DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF POTENTIALLY DISPOSITIVE MOTION |
| Defendants. | ) | |

> Motion DENIED.
>
> This the 14th day of January, 2020.
>
> /s/Louise W. Flanagan, U.S. District Judge

Now come Defendants, through counsel, and pursuant to Rule 26(c), Federal Rules of Civil Procedure and the Court's inherent power, move the Court for a stay of proceedings pending resolution of potentially dispositive motions. In support of such motion, and as more fully set forth in their accompanying memorandum of law, Defendants show as follows:

1)  On November 18, 2019, Plaintiff filed a Rule 12(b)(6) Motion to Dismiss as to Plaintiff's First, Third and Fourth Claims for Relief.

2)  Defendants are in the process of finalizing a memorandum in support of a motion to dismiss Plaintiff's Second Claim for Relief, which alleges a retaliation claim under Title VII, for failure to state a claim upon which relief can be granted.

3)  Defendants' consulted with Plaintiff and Plaintiff opposes entry of a stay. Indeed, Plaintiff instead has now asked for deposition dates in January for Sheriff Miller and six current or former senior officers of the Onslow County Sheriff's Office.

4)  Defendants move to stay proceedings because if Defendants' motions are granted in their entirety, Plaintiff's sole remaining claim would be a state law wage and hour claim. If